IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID VAUGHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-0626 |
| ) | Judge Trauger |
| UNITED PARCEL SERVICE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 17) filed by the defendant, United Parcel Service, is **DENIED**.

It is so ordered.

Entered this 4th day of October 2007.

_____
ALETA A. TRAUGER
United States District Judge